## *UNITED STATES DISTRICT COURT*
## *FOR THE DISTRICT OF COLUMBIA*

**PRINCETON HUMMINGWAY**

Plaintiff(s),

vs.  Civil Case No: **05-1019 UNA**

**UNITED STATES OF AMERICA, et al.,**

Defendant(s).

## NOTICE REGARDING BULKY COMPLAINT

Pursuant to the procedures for filing documents electronically, as outlined in the previous Order of the Court, this Notice serves as notification that the complaint has been filed in paper form in the Clerk's Office. It is available for public viewing and copying between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday.

**NANCY MAYER-WHITTINGTON**

Clerk

**Date:** 5/19/05