UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

MAY 1 9 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

PRINCETON HUMMINGWAY,

    Plaintiff,

v.                                Civil Action No. 05 1019

UNITED STATES OF AMERICA, *et al.*,

    Defendants.

## MEMORANDUM OPINION

This matter comes before the Court on consideration of plaintiff's application to proceed *in forma pauperis* and *pro se* complaint. The Court will grant the application, and dismiss the complaint.

The Court has reviewed the complaint, keeping in mind that complaints filed by *pro se* litigants are held to less stringent standards than formal pleadings drafted by lawyers. *See Haines v. Kerner*, 404 U.S. 519, 520 (1972). Even *pro se* litigants, however, must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks. Fed. R. Civ. P. 8(a).

Plaintiff's complaint utterly fails to set forth a short and plain statement of his claims. The complaint and exhibits are hundreds of pages long, and largely are incomprehensible. Although plaintiff's principal claims appear to arise under the Federal Tort Claims Act, the Court

1

cannot determine which claims properly are before the Court. To the extent that plaintiff names government officials as defendants to this action, the complaint fails to include a statement of the grounds upon which the Court's jurisdiction depends. Because the complaint does not comply with Rule 8(a), the Court will dismiss it without prejudice.[1] An Order consistent with this Memorandum Opinion is issued separately.

/s/ Royce C. Lamberth
United States District Judge

DATE: 5/17/05

---

[1] Should plaintiff refile this action, any pleading must comply with Rules 8-10 of the Federal Rules of Civil Procedure.