UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

MAY 1 9 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

PRINCETON HUMMINGWAY,           :
                                :
        Plaintiff,               :
    v.                           :    Civil Action No.
                                :
UNITED STATES OF AMERICA, *et al.*, :    05 1019
                                :
        Defendants.              :

## DISMISSAL ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that plaintiff's application to proceed *in forma pauperis* is GRANTED, and it is

FURTHER ORDERED that the complaint is DISMISSED WITHOUT PREJUDICE.

SO ORDERED.

*[signature]*
United States District Judge

DATE: 5/13/05