Notice of Appeal to a Court of Appeal from A Judgment or Order of a District Court

```
U.S. COURT OF APPEALS FOR
DISTRICT OF COLUMBIA CIRCUIT

JUN 17 2005

RECEIVED
```

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JUN 17 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

PRINCETON HUMMINGWAY
By Birth: Sidi MOHAMMED
EL 'HALABI EL 'KETTANI

Suite 7
3863 PROSPECT AVENUE
CULVER CITY, CA 90323
(323) 302-4459

Mailing Address:
P.O. BOX 341225
LOS ANGELES, CA 90034

    Plaintiff,

v.

UNITED STATES OF AMERICA
("USA"), et al

    Defendants,

AND DEFENDANTS U.S. DEPARTMENT OF
JUSTICE - U.S.ATTORNEY'S OFFICE (EASTERN
CALIFORNIA - SACRAMENTO), FEDERAL
BUREAU OF INVESTIGATION, FEDERAL PUBLIC
DEFENDER ORGANIZATION, UNITED STATES
PROBATION'S OFFICE (E/C-D - CALIF.), BEVERLY
HILLS POLICE DEPARTMENT-DETECTIVE
DIVISION, PAROLEE TRANSITIONAL LIVING
CENTER (PTLC), RING AND GREEN LAW FIRM,
UNITED STATES DISTRICT COURT (E.D. CALIF.),
MacLATCHY CORPORATION-SACRAMENTO BEE
NEWSPAPERS, AMERICAN CITY BUSINESS
JOURNAL'S CORPORATE OFFICE (E.D. CALIF.),
FEDERAL BUREAU OF PRISONS, CALIFORNIA
DEPARTMENT OF JUSTICE, DOJ-BOP-SOUTH
CENTRAL REGIONAL OFFICE, DOJ-BOP-

1:05-cv-01019-UNA

**Notice of Appeal**


no fee paid

5

WESTERN REGIONAL OFFICE, WAKENHUT
CORPORATION-TAFT CORRECTIONAL INSTITUTION,
FEDERAL MEDICAL CENTER, FEDERAL TRANSFER
CENTER, SACRAMENTO COUTY JAIL, AND THE
PRESIDENT OF THE UNITED STATES, GEORGE W.
BUSH, INDIVIDUALLY AND AS AGENTS, OFFICERS
AND OF THE UNIED STATES, AND AGENTS OFFICERS
AND EMPLOYEES -- ENTITIES, OR CORPORATIONS
OF THE UNITED STATES, WHOSE NAMES ARE
UNKNOWN AT THIS TIME . . . ( See Page i-vi for
Names and Addresses of Defendants )

and Does (1-26), Inclusive,

Defendants.

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD

Notice is hereby given that Princeton Hummingway, Plaintiff in the above referenced case, *hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from an Order of a District Court in a 'Civil Action' entered on the 6th day of June, 2005, at Washington, D.C. , by United States District Judge Royce C. Lamberth.

## Summary

On 17, February, 2005, Plaintiff Princeton Hummingway filed a 'Civil Complaint against Defendants United States of America -- specifically, against the Department of Justice, Federal Bureau of Investigation, Federal Bureau of Prisons, the U.S. Attorney's Office in Sacramento, the Federal Public Defender Organization, the U.S. District Court for the Eastern District of California ( where Plaintiff was unjustly convicted and falsely imprisoned for more than Four-Years ), the Sacramento County Sheriff's Department in Sacramento, California ( where Plaintiff was maltreated while held in Pre-Trial detention for almost thirteen months without Bail ), the Wackenhut Corrections Corporation-Taft

Correctional Institution, in Taft, California ( where Plaintiff was maltreated while held in 'Solitary Confinement' for nearly 65-days ), the Federal Medical Center, Fort Worth, Texas ( where Plaintiff was maltreated while held in 'Punitive Segregation' -- Solitary Confinement for almost Fourteen Months, and without even the basic necessities such as 'paper' ), the Federal Transfer Center, in Oklahoma City, Oklahoma, and Agents, Officers, or Employees of the United States, including "John Does" 1-180 (representing supervisors of the above named agents and unknown Department of Justice, Bureau of Prisons, and Officials of other agencies coordinating the activities discussed in the Plaintiff's '<u>**Civil Complaint -- Civil rights Complaint, and Plaintiff's First Amended Complaint**</u>' . . . .

On 17, February, 2005, Plaintiff filed a Civil Complaint under the FTCA- alleging a series of violations surrounding the conditions of his confinement.

On 4, April, 2005, Plaintiff filed a 'Civil Right Action' **under Bivens v. Six Unknown Named Agents of the Fed. Bureau of Narcotics,** alleging gross violations of his Constitutional Rights.

On 19, May, 2005, the United States District Court for the District of Columbia issued a 'Memorandum Opinion dismissing the Plaintiff's Civil Complaint on the ground that the complaint did not comply with Rule 8-10 of the Federal Rules of Civil Procedure. The Court, however, GRANTED the Plaintiff's Application to proceed in forma pauperis., ( Civil Action No. 05-1019).

On 2, June, 2005, Plaintiff, in compliance with the Court's 19, May, 2005 Order,

---

1) Should plaintiff refile this action, any pleading must comply with Rule 8-10 of the Federal Rules of Civil Procedure. ( Court's 19, May, 2005 Order ).

filed his First Amended Civil Complaint. Exhibit "A & B" ( U.S. District Court's 19, May, 2005 Order and 10, June, 2005 Docket Report.

Respectfully submitted,

*[signature]*

PRINCETON HUMMINGWAY
Plaintiff Pro Se

Dated and Signed this 14th day of June, 2005

Enclosures:

## CERTIFICATE OF SERVICE

I Princeton Hummingway, hereby certify that on the 15 day of June, 2005, a copy of the forgoing and attached Plaintiff's '**Notice of Appeal**' was served by the U.S. Mail to the persons hereinafter named at the place and address stated below, which is the last known address: Office of the Clerk, United States Court of Appeals for the District of Columbia; the E. Barrett Prettyman United States Courthouse, 333 Constitutional Avenue, N.W. (Room 5423), Washington, D.C. 20001; Theodore B. Olson, Solicitor General of the United States, 950 Pennsylvania Avenue, N.W., Washington, D.C. 20535.

*[signature]*

PRINCETON HUMMINGWAY

4

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

PRINCETON HUMMINGWAY
NOB:  Sidi MOHAMMED
EL'HALABI  EL'KETTANI

Suit 7
3863 PROSPECT AVENUE
CULVER CITY, CA 90232
(323) 302-4459

Docket No. 1:05-cv-01019-UNA

Mailing Address:
P.O. BOX 341225
LOS ANGELES, CA 90034

**Notice of Appeal**
**(Civil Complaint – Tort)**

    Plaintiff,

v.

UNITED STATES OF AMERICA
("USA"),

Demand For Jury Trial

    Defendants,

AND U.S. DEPARTMENT OF JUSTICE –
U.S. ATTORNEYS' OFFICE ( EASTERN
CALIFORNIA – SACRAMENTO ), MARK L.
KROTOSKI, JOHN K. VINCENT, THOMAS E.
FLYNN, AND MacGREGER W. SCOTT,
INDIVIDUALLY, AND IN THEIR OFFICIAL
CAPACITIES AS ASSISTANT UNITED STATES
ATTORNEYS AND U.S. ATTORNEYS IN THE
EASTERN DISTRICT OF CALIFORNIA;  501 'I'
STREET, SUITE 10-100, SACRAMENTO, CA
95814

FEDERAL BUREAU OF INVESTIGATION ( FBI ),
TOM OSBORNE, INDIVIDUALLY AND IN HIS
OFFICIAL CAPACITY AS FBI-SECIAL AGENT
(SA), ATTACHED TO THE U.S. ATTORNEYS'
OFFICE IN SACRAMENTO;  4500 ORANGE
GROVE AVE., SACRAMENTO, CA 95841 ;

i

U.S. DEPARTMENT OF JUSTICE --
FEDERAL BUREAU OF INVESTIGATION (FBI),
KEVIN HORN, INDIVIDUALLY AND IN HIS
OFFICIAL CAPACITY AS FBI-SA, ATTACHED
TO THE U.S. ATTORNEYS' OFFICE IN LOS
ANGELES / SACRAMENTO; 11000 WILSHIRE
BLVD. SUITE 1700, LOS ANGELES, CA 90024;

FEDERAL PUBLIC DEFENDER ORGANIZATION,
TIMOTHY ZINDEL, QUIN DENVIR, EDWARD
TURNER, INDIVIDUALLY AND IN THEIR OFFICIAL
CAPACITIES AS ASSISTANT FED. PUB. DEFENDERS,
FEDERAL DEFENDERS AND FEDERAL SPECIAL
INVESTIGATORS, ATTACHED TO THE FEDERAL
PUB. DEFENDER ORGANIZATION, IN
SACRAMENTO; 801 'I' STREET, THIRD (3RD)
FLOOR, SACRAMENTO, CA 95814;

FEDERAL PUBLIC DEFENDER ORGANIZATION,
RONALD KAYE, INDIVIDUALLY AND IN HIS
OFFICIAL CAPACITY AS ASSISTANT FED. PUB.
DEFENDER, ATTACHED TO THE FEDERAL
PUB. DEFENDER ORGANIZATION IN LOS
ANGELES / SACRAMENTO ; 128 N. FAI ROAKS
AVE., PASADINA, CA 91103;

UNITED STATES PROBATION OFFICE, DENNIS F.
FOXX, INDIVIDUALLY AND IN HIS OFFICIAL
CAPACITY AS PROBATION OFFICER, ATTACHED
TO THE U.S. ATTORNEYS' OFFICE IN SACRA-
MENTO, CA ; 501 'I' STREET, SUITE 2500,
SACRAMENTO, CA 95814;

UNITED STATES PROBATION OFFICE, (PRE-TRIAL
PROBATION OFFICER), ATTACHED TO THE U.S.
ATTORNEYS' OFFICE IN LOS ANGELES /
SACRAMENTO; 312 N. SPRING STREET, LOS
ANGELES, CA 90012;

BEVERLY HILLS POLICE DEPARTMENT
(DETECTIVE DIVISION), INDIVIDUALLY AND IN
THEIR OFFICIAL CAPACITIES AS SPECIAL AGENTS,
OFFICERS OR EMPLOYEES, ATTACHED TO THE
BEVERLY HILLS POLICE DEPARTMENT - BEVERLY
HILLS CITY ATTORNEY; 464 N. REXFORD DRIVE,
BEVERLY HILLS, CA 90210;

ii

P.T.L.C. ( PAROLEE TRANSITIONAL LIVING CENTER ), aka PETE'S PLACE, GEORGE , INDIVIDUALLY AND IN HIS OFFICIAL CAPACITIES AS OWNERS/CHAIRS OF THE P.T.L.C., ATTACHED TO THE U.S. ATTORNEYS' OFFICE IN SACRAMENTO; 2628 27TH STREET, SACRAMENTO, CA 95818;

RING AND GREEN LAW FIRM, ROBERT RING, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITIES AS PRIVATE ATTORNEYS; 10100 SANTA MONICA BLVD., SUITE 800, LOS ANGELES, CA 90067;

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA, DAVID F. LEVI, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITIES AS CHIEF U.S. DISTRICT JUDGE AND MAGISTRATE JUDGES IN THE EASTERN DISTRICT OF CALIFORNIA; 501 'I' STREET, SUITE 4-200, SACRAMENTO, CA 95814;

McCLATCHY CORPORATION - Mc-LATCHY NEWSPAPERS, INC. -- SACRAMENTO BEE, EDGAR SANCHEZ, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS BEE STAFF WRITER, ATTACHED TO THE U.S. ATTORNEYS' OFFICE IN SACRAMENTO, CA ; P.O. BOX 15779, SACRAMENTO, CA 95852; (SACRAMENTO BEE, 2100 'Q' STREET, SACRA-MENTO, CA 95816);

AMERICAN CITY BUSINESS JOURNAL'S CORPORATE OFFICE – SACRAMENTO BUSINESS JOURNAL, INDIVIDUALLY AND IN THEIR OFFICIAL CAPACITIES AS SACRAMENTO BUSINESS JOURNAL EDITORS AND STAFF WRITERS, ATTACHED TO THE U.S. ATTORNEYS' OFFICE IN SACRAMENTO; 1400 'X' STREET, SACRAMENTO, CA 95814;
(AMERICAN CITY BUSINESS JOURNAL'S CORPORATE OFFICE, 120, WEST MOREHEAD, SUITE 200, CHARLETTE, SC 28202);

AND

UNITED STATES OF AMERICA ('USA"), GEORGE W. BUSH, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNITED STATES AND HEAD OF THE U.S. DEPARTMENT OF JUSTICE, THE FBI AND THE FEDERAL BUREAU OF

iii

PRISONS; THE WHITE HOUSE, 1600 PENNSYLVANIA AVENUE, N.W., WASHINGTON, D.C. 20001;

U.S. DEPARTMENT OF JUSTICE, JOHN ASHCROFT, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE UNITED STATES; THEODORE B. OLSON, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS SOLICITOR GENERAL OF THE UNITED STATES; 950 PENNSYLVANIA AVENUE, N.W., WASHINGTON, D.C. 20530;

U.S. DEPARTMENT OF JUSTICE - FEDERAL BUREAU OF INVESTIGATION, ROBERT MUELLER, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS DIRECTOR OF THE FEDERAL BUREAU OF INVESTIGATION; 935 PENNSYLVANIA AVENUE, N.W., WASHINGTON, D.C. 20535;

U.S. DEPARTMENT OF JUSTICE – FEDERAL BUREAU OF PRISONS, HARLEY G. LAPPIN, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS DIRECTOR OF THE BUREAU OF PRISONS; 320 FIRST STREET, N.W., WASHINGTON , D.C. 20535

CALIFORNIA DEPARTMENT OF JUSTICE – OFFICE OF THE ATTORNEY GENERAL, BILL LOCKYER, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE STATE OF CALIFORNIA; 455 GOLDEN GATE AVENUE, SAN FRANCISCO, CA 94102;

And Does ( 1-19 ), inclusive,

Defendants.

Plaintiff has yet to discover the Defendants identities and liabilities of does ( 1-19 ), inclusive and hereby sued said doe defendants as Agents, Officers, Employees, Administrators, Attorneys and/or Representatives, and the President of the United States of the Illegal Policies -- Illegal Acts of behalf of Defendants, and each of them, herein.

iv

Plaintiff will amend the Complaint to state Defendants' true names and/or Corporations when ascertained . Plaintiff will also amend the Complaint to include the following defendants and/or corporations -- additional defendants and /or corporations when ascertained:

UNITED STATES OF AMERICA ("USA"),

U.S. DEPARTMENT OF JUSTICE -- FEDERAL BUREAU OF PRISONS, RONALD THOMPSON , INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS DIRECTOR OF THE SOUTH CENTRAL REGIONAL OFFICE , ATTACHED TO THE BUREAU OF PRISONS (DOJ-BOP); 4211 CEDER SPRING ROAD, # 300, DALLAS, TEXAS 75219;

U.S. DEPARTMENT OF JUSTICE -- FEDERAL BUREAU OF PRISONS, ROBERT M. HARO, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS DIRECTOR OF THE WESTERN REGIONAL OFFICE, ATTACHED TO THE BUREAU OF PRISONS (DOJ-BOP); 7950 DUBLIN AVE., 3RD FLOOR, DUBLIN, CA 94568;

U.S. DEPARTMENT OF JUSTICE -- FEDERAL BUREAU OF PRISONS, GENERAL COUNSEL, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS GENERAL COUNSEL OF THE BUREAU OF PRISONS, ATTACHED THE BUREAU OF PRISONS (DOJ-BOP); 320 FIRST STREET, N.W., WASHINGTON, D.C. 20534;

U.S. DEPARTMENT OF JUSTICE -- FEDERAL BUREAU OF PRISONS ; WACKENHUT CORRECTIONS CORPORATION -- TAFT CORRECTIONAL INSTITUTION -- GLOBAL EXPERTISE AND OUTSOURCING, WACKENHUT, RAYMOND D. ANDREWS, CURTIS W. GARY, M. BARECCO, INDIVIDUALLY AND IN THEIR OFFICIAL CAPACITIES AS WARDENS, ADMINISTRATORS, WARDEN ASSOCIATES AND STAFF MEMBERS, ATTACHED TO THE BUREAU OF PRISONS (DOJ-BOP), AND WCC-TCI-GEO OFFICERS, AGENTS OR EMPLOYEES, WHOSE NAMES ARE UNKNOWN AT THIS TIME; 4200 WACKENHUT DRIVE, #100, PALM BEACH GARDEN, FL 33410 ( TCI, 1500 CADET ROAD (P.O. BOX 7000), TAFT, CA 93268;

**[ ADMINISTRATIVE TORT CLAIM ;**
4211 CEDER SPRING ROAD, #300, DALLAS, TX 75219];

v

U.S. DEPARTMENT OF JUSTICE – FEDERAL BUREAU OF PRISONS ; FEDERAL MEDICAL CENTER, LES E. FLEMING, COLE JETER, LES PHILIPS, INDIVIDUALLY AND IN THEIR OFFICIAL CAPACITIES AS WARDENS, CAPTAINS, WARDENS ASSOCIATES, OFFICERS AND STAFF, ATTACHED TO THE BUREAU OF PRISONS (DOJ-BOP), AND FMC OFFICERS, AGENTS OR AMPLOYEES, WHOSE NAMES ARE UNKNOWN AT THIS TIME; 3150 HORTON ROAD (P.O. BOX 15330), FORT WORTH, TX 76119-5996;

**[ ADMINISTRATIVE TORT CLAIM** ;
4211 CEDER SPRING ROAD, #300, DALLAS, TX 75219];

U.S. DEPARTMENT OF JUSTICE – FEDERAL BUREAU OF PRISONS ; FEDERAL TRANSFER CENTER, DENNIS M. KALAHAN , LARRY, McNABB, GURRERRA, INDIVIDUALLY AND IN THEIR OFFICIAL CAPACITIES AS WARDENS, ASSOCIATES, LIEUTENANTS AND STAFF, ATTACHED TO THE BUREAU OF PRISONS (DOJ-BOP), AND FTC OFFICERS, AGENTS OR EMPLOYEES, WHOSE NAMES ARE UNKNOWN AT THIS TIME; P.O. BOX 898801, OKLAHOMA CITY, OK 73189-8801;

**[ ADMINISTRATIVE TORT CLAIM** ;
4211 CEDER SPRING ROAD, #300, DALLAS , TX 75219];

U.S. DEPARTMENT OF JUSTICE – FEDERAL BUREAU OF PRISONS ,

SACRAMENTO COUNTY SHERIFF'S DEPARTMENT – SACRAMENTO COUNTY JAIL, LOU BLANAS, INDIVIDUALLY AND IN THEIR OFFICIAL CAPACITIES AS SHERIFF, JAIL ADMINISTRATORS, LIEUTENANTS, CAPTAINS, OFFICERS , AGENTS AND STAFF, ATTACHED TO THE COUNTY OF SACRAMENTO – (DOJ-BOP), AND SCSD-SCJ OFFICERS, AGENTS OR EMPLOYEES, WHOSE NAMES ARE UNKNOWN AT THIS TIME ; 651 'I' STREET, SACRAMENT, CA 95814 (P.O. BOX 988), SACRAMENTO, CA 95812-0988) ;

**[ RISK MANAGEMENT DEPARTMENT** :
P.O. BOX 276130, SACRAMENTO, CA 95827 ];

U.S. DEPARTMENT OF JUSTICE – FEDRAL BUREAU
OF PRISONS ,ALAMEDA COUNTY SHERIFF'S OFFICE –
SANTA RITA JAIL, CHARLES C. PLUMMER, INDIVIDUALLY
AND IN THEIR OFFICIAL CAPACITIES AS SHERIFF,
SHERIFF'S ASSOCIATES, ADMINISTRATORS, AGENTS,
OFFICERS AND STAFF MEMBERS, ATTACHED TO
THE COUNTY OF ALAMEDA – (DOJ-BOP), AND ACSO-
SRJ OFFICERS, AGENTS OR EMPLOYEES, WHOSE
NAMES ARE UNKNOWN AT THIS TIME; 5325 BRODER
BLVD., DUBLIN, CA 94568 ;

[ **RISK MANAGEMENT SERVICES** ;
P.O. BOX 724 SEBASTOPOL, CA 95473
(707) 792-4980 – FAX (707) 792-4988