**FILED**

AUG 2 4 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PRINCETON HUMMINGWAY, :
:
    Plaintiff, :
v. : Civil Action No. 05-1019
:
UNITED STATES OF AMERICA, *et al.*, :
:
    Defendants. :

## ORDER

It is hereby

ORDERED that plaintiff's motion for change of venue and other relief [Dkt. #6] is DENIED.

SO ORDERED.

*/s/ Reggie B. Walton*
United States District Judge

DATE: August 23, 2005