# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 05-5261**  September Term, 2005

05cv01019

Princeton Hummingway,
    Appellant

v.

United States of America and Department of Justice,
    Appellees



Filed On:

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED JAN 1 1 2006

CLERK

**APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

    **BEFORE:**    Ginsburg, Chief Judge, and Randolph and Brown, Circuit Judges

## JUDGMENT

    This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief and appendix filed by appellant. It is

    **ORDERED AND ADJUDGED** that the district court's order filed May 19, 2005 be affirmed. The district court did not abuse its discretion in dismissing the complaint without prejudice on the ground that it did not comply with the requirements of Federal Rule of Civil Procedure 8(a). See Ciralsky v. CIA, 355 F.3d 661, 668-69 (D.C. Cir. 2004).

    Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

Per Curiam

A True copy:

United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk

**MANDATE**
Pursuant to the provisions of Fed. R. App. Pro. 41(a)
ISSUED: 6/23/06
BY: _____ Deputy Clerk
ATTACHED: ___ Amending Order
    ___ Opinion
    ___ Order on Costs